UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAKER, | No. 2:14-cv-0259 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO MAIN JAIL, | |
| Defendant. | |

    Plaintiff is a defendant in a federal criminal proceeding, United States v. Baker, No. 2:13-cr-0034 KJM, housed at Sacramento County Jail.  The court takes judicial notice of the criminal matter.[1]  Plaintiff filed a document in the criminal case, entitled "notice of motion for order safeguarding civil rights," which Judge Mueller construed as a new action pursuant to 42 U.S.C. § 1983. See 1/28/14 Minute Order, Dkt. Entry # 62 in Case No. 2:13-cr-0034 KJM.  In the document opening this case plaintiff claims violations of various regulations under Title 15 by the conditions under which he is confined at the jail.  He alleges he is deprived of adequate exercise, frequent enough showers and opportunity to shave, cannot have publications in his cell and is unable to correspond with the court, lawyers and public officials on a confidential basis.  ECF No.

---

[1] A court may take judicial notice of court records.  See Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994); MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1. He seeks a court order directing jail officials to modify his conditions of confinement. Id.

In order to proceed in this matter, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[2] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's motion will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.[3]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's January 17, 2014 motion is denied without prejudice;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: February 5, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] If leave to file in in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

[3] The court takes judicial notice that plaintiff has previously been determined to be a litigant barred from proceeding in civil rights actions under the three-strikes provision of 28 U.S.C. 1915(g). See, e.g., Baker v. Marsh, No. 2:13-cv-0171 GEB EFB P at ECF Nos. 4 & 5, appeal dismissed at ECF No. 12.