1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY BAKER,                              No.  2:14-cv-0259 AC P

12                    Plaintiff,

13          v.                                 ORDER

14   SACRAMENTO MAIN JAIL,

15                    Defendant.

16

17          Plaintiff is a defendant in a federal criminal proceeding, United States v. Baker, No. 2:13-

18   cr-0034 KJM, housed at Sacramento County Jail.  As noted in this court's previous order (ECF

19   No. 3), plaintiff filed a document in the criminal case which Judge Mueller construed as a new

20   action pursuant to 42 U.S.C. § 1983.  Plaintiff complained of various conditions to which he is

21   subject in the jail.  The undersigned granted plaintiff thirty days to file a complaint that complies

22   with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local

23   Rules of Practice.  Plaintiff was also instructed to submit, within thirty days, the application to

24   proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the

25   amount of $350.00.  Plaintiff was provided with the appropriate civil rights complaint form as

26   well as the forma pauperis application.

27          Plaintiff has filed a complaint on the appropriate form; however, he has neither submitted

28   an in forma pauperis affidavit or paid the filing fee in full, and the time for doing so has expired.

1  In the prior order, the court took judicial notice that plaintiff had previously been determined to

2  be a litigant barred from proceeding in civil rights actions under the "three-strikes" provision of

3  28 U.S.C. 1915(g).  See, e.g., Baker v. Marsh, No. 2:13-cv-0171 GEB EFB P at ECF Nos. 4 & 5,

4  appeal dismissed at ECF No. 12.  Plaintiff may not circumvent his filing fee obligation or any

5  potential bar to proceeding in forma pauperis simply by ignoring the court's order to file an in

6  forma pauperis application or to pay the filing fee.  Plaintiff was explicitly cautioned that failure

7  to comply with February 6th order would result in a recommendation that this matter be

8  dismissed.

9      Plaintiff has subsequently submitted to the jurisdiction of the undersigned, ECF No. 4,

10  which permits this court to make the dispositive ruling.  Plaintiff has provided no explanation

11  whatever for not providing the in forma pauperis application.  Because plaintiff has failed to

12  comply fully with a court order and was expressly cautioned of the consequences of doing so, this

13  action will be dismissed pursuant to Local Rule 110 and Fed. R. Civ. P. 41(b).

14      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

15  L.R. 110; Fed. R. Civ. P. 41(b).

16  DATED: March 21, 2014

17

18  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2